AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)



| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STAGG, TOM | U.S. DISTRICT COURT-W.D.\LA | 05/05/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U S DISTRICT JUDGE-SR. STATUS | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| JUDGE TOM STAGG<br>300 FANNIN STREET, #4100<br>SHREVEPORT, LA 71101-3091 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 28 A 11: 07 FINANCIAL DISCLOSURE OFFICE

Stagg_Tom

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Royalty Interest - Arcadia Parish, LA (Y) | | | | | | | | | See Sect. VIII D. |
| 2. Royalty Interest - Union Parish, LA (Y) | | | | | | | | | See Sect. VIII D. |
| 3. BancorpSouth - Account | A | Interest | L | T | | | | | |
| 4. Merrill-Lynch Cash Accts-formerly reported CMA Tax Exempt Fd | A | Interest | P1 | T | | | | | |
| 5. CD Merrill Lynch Bk USA | F | Interest | L | T | Buy | 0929 | L | | |
| 6. CD MLB&T CO FSB | F | Interest | L | T | Buy | 0929 | L | | |
| 7. Abbott Labs-Common Stock | A | Dividend | L | T | Buy | 1010 | L | | |
| 8. Chesapeake Energy OKLA-Common Stock | A | Dividend | K | T | Buy | 0328 | K | | |
| 9. | | | | | Buy (add'l) | 0929 | K | | |
| 10. | | | | | Buy (add'l) | 1006 | J | | |
| 11. Chevron/Texaco Corp. - Common Stock | C | Dividend | M | T | Buy (add'l) | 0929 | K | | See Sect. VIII C. |
| 12. | | | | | Buy (add'l) | 1006 | K | | |
| 13. Cisco Systems, Inc. - Common Stock | | None | | | Sold | 521 | K | | |
| 14. Cisco Systems, Inc.-Common Stock | | None | K | T | | | | | |
| 15. Coca Cola-Common Stock | A | Dividend | K | T | Buy | 1010 | K | | |
| 16. Citigroup, Inc. - Common Stock | B | Dividend | | | Sold | 521 | K | | |
| 17. ConocoPhillips-Common Stock | B | Dividend | M | T | Buy (add'l) | 0929 | K | | See Sect. VIII C. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 1006 | K | | |
| 19. Dell, Inc. - Common Stock | | None | | | Sold | 521 | K | | |
| 20. EMC Corporation - Common Stock | | None | K | T | | | | | See Sect. VIII C. |
| 21. El Paso Corporation-Common Stock | A | Dividend | K | T | | | | | |
| 22. Emerson Electric Co. - Common Stock | B | Dividend | K | T | | | | | |
| 23. Exxon Mobil Corp. - Common Stock | B | Dividend | M | T | Buy (add'l) | 0929 | K | | |
| 24. | | | | | Buy (add'l) | 1006 | K | | |
| 25. General Electric - Common Stock | C | Dividend | L | T | Buy (add'l) | 1114 | K | | |
| 26. | | | | | Buy (add'l) | 1117 | K | | |
| 27. Health Care Select SPDR-Common Stock | A | Dividend | K | T | | | | | |
| 28. Home Depot, Inc. - Common Stock | A | Dividend | | | Sold | 521 | J | | |
| 29. Home Depot, Inc. - Common Stock | A | Dividend | | | Sold | 521 | J | | |
| 30. INTEL Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 31. Johnson and Johnson-Common Stock | A | Dividend | L | | Buy | 1010 | L | | |
| 32. Lowe's Companies, Inc.-Common Stock | A | Dividend | K | T | | | | | |
| 33. McDonalds Corp-Common Stock | B | Dividend | L | T | Buy | 1010 | L | | |
| 34. Microsoft Corp. - Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Motorola, Inc.-Common Stock | A | Dividend | | | Sold | 521 | J | | |
| 36. Oracle, Corp.$0.01-Common Stock | | None | K | T | | | | | See Sect. VIII C. |
| 37. Petrohawk Energy Corp | | None | K | T | Buy | 0904 | K | | |
| 38. | | | | | Buy (add'l) | 0929 | K | | |
| 39. | | | | | Buy (add'l) | 1006 | K | | |
| 40. Pfizer, Inc. - Common Stock | B | Dividend | L | T | Buy (add'l) | 1031 | K | | |
| 41. Procter & Gamble Co-Common Stock | A | Dividend | L | T | Buy | 1010 | L | | |
| 42. Qualcomm, Inc. - Common Stock | A | Dividend | L | T | | | | | |
| 43. Schlumberger Ltd. - Common Stock | A | Dividend | L | T | | | | | See Sect. VIII C. |
| 44. Sector SPDR Consmrs Stp- Common Stock | A | Dividend | K | T | | | | | |
| 45. Sector SPDR Energy-Common Stock | A | Dividend | K | T | | | | | |
| 46. Sector SPDR Utilities-Common Stock | A | Dividend | K | T | Buy | 1022 | K | | |
| 47. Sempra Energy-Common Stock | A | Dividend | K | T | | | | | |
| 48. SPDR S P Biotech-Common Stock | A | Dividend | L | T | | | | | |
| 49. Stemcells Inc. - Common Stock | | None | J | T | | | | | |
| 50. Target Corp. - Common Stock | A | Dividend | K | T | Buy (add'l) | 1005 | K | | |
| 51. Transocean, Ltd ZUG.(formerly Transocean , Inc) | | None | L | T | Buy (add'l) | 1010 | L | | See Sect. VIII C. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wal-Mart Stores, Inc. - Common Stock | A | Dividend | L | T | | | | | |
| 53. Williams Companies- Common Stock | A | Dividend | K | T | Buy (add'l) | 0929 | J | | |
| 54. | | | | | Buy (add'l) | 1006 | J | | |
| 55. Rental Property #1 Caddo Parish, Shreveport, LA | E | Rent | | | Sold | 1031 | L | | See Sect. VIII A. |
| 56. Rental Property #2 Caddo Parish, Shreveport, LA | D | Rent | | | Sold | 1031 | L | | See Sect. VIII A. |
| 57. Rental Property #3 Caddo Parish, Shreveport, LA | D | Rent | | | Sold | 1031 | L | | See Sect. VIII A. |
| 58. Rental Property #4 Caddo Parish, Shreveport, LA | D | Rent | | | Sold | 1031 | L | | See Sect. VIII A. |
| 59. Rental Property #5 Caddo Parish, Shreveport, LA | E | Rent | | | Sold | 1031 | L | | See Sect. VIII A. |
| 60. Rental Property #6, Caddo Parish, Shreveport, LA | | None | | | Sold | 1031 | L | | See Sect. VIII A. |
| 61. Merrill Lynch Institutional Fund | E | Interest | | | Sold | 1031 | N | | See Sect. VIII A. |
| 62. ML WCMA Money Fund Class 2 & Class 3 | E | Interest | | | Sold | 1031 | N | | See Sect. VIII A. |
| 63. AMB Property Corp. Reit -Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 64. AT&T-Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 65. Atmos Energy Corp. -Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 66. Duke Energy Corp. -Common Stock | B | Dividend | | | Sold | 1031 | K | | See Sect. VIII A. |
| 67. Emerson Electric Co.-Common Stock | A | Dividend | | | Sold | 1031 | K | | See Sect. VIII A. |
| 68. First Ind. Realty Reit -Common Stock | D | Dividend | | | Sold | 1031 | K | | See Sect. VIII A. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Federal Realty Inv. Tr. Reit -Common Stock | A | Dividend | | | Sold | 1031 | K | | See Sect. VIII A. |
| 70. Healthcare Realty Tr. Reit -Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 71. Hospitality PPTY Tr. Reit -Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 72. HCP Inc(formerlyHealth Care PPTY Inv. Reit)-Common Stock | B | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 73. J P Morgan Chase & Co. -Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 74. Kimco Realty Corp. Reit -Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 75. Prologis Reit -Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 76. Plum Creek Timber Co.-Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 77. Qualcomm, Inc.-Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 78. Spectra Energy Corp(Spin off from Duke Energy Corp)-C/S | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 79. Texas Instruments -Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 80. Travelcenters Amer LLC-(Spin Off From Hospitalty PPTY Tr.)CS | A | Dividend | | | Sold | 1031 | J | | See Sect, VIII A. |
| 81. Enterprise PRDTS PRTN LP-Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 82. Teppco Partners, LP -Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 83. Xcel Energy, Inc.-Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 84. Weingarten Realty Reit-Common Stock | A | Dividend | | | Sold | 1031 | J | | See Sect. VIII A. |
| 85. Working Interest-Price #3-Vermilion Parish, LA | A | Royalty | | | Sold | 1031 | K | | See Sect. VIII A. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Working Interest-State Lease 5419 #1-Vermilion Parish, LA | A | Royalty | | | Sold | 1031 | K | | See Sect. VIII A. |
| 87. Working Interest-Liberty Eylau #1-Bowie County, TX | B | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 88. Working Interest-Liberty Eylau #2-Bowie County, TX | C | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 89. Working Interest-Liberty Eylau #3, Bowie County, TX | D | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 90. Working Interest-Nabors Trust 20-1-Sabine Parish, LA | A | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 91. Working Interest-Whitney #30-1-Sabine Parish, LA | B | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 92. Working Interest-Danita Ford #1-DeSoto Parish, LA | B | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 93. Working Interest-Sabine Uplift #1-DeSoto Parish, LA | A | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 94. Working Interest-Whitney #24-1-Sabine Parish, LA | C | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 95. Working Interest-Whitney #19-1-DeSoto Parish, LA | C | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 96. Working Interest-Harlan #1- DeSoto Parish, LA | A | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 97. Working Interest-Rascoe Est. #1-DeSoto Parish, LA | B | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 98. Working Interest-Whitney #20-1-Sabine Parish, LA | B | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 99. Working Interest-Pure Resources #1-Sabine Parish, LA | B | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 100. Working Interest-Springer #1-DeSoto Parish, LA | C | Royalty | | | Sold | 1031 | K | | See Sect. VIII A. |
| 101. Working Interest-Whitney #31-1-Sabine Parish, LA | A | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 102. Working Interest-Cameron #1-DeSoto Parish, LA | D | Royalty | | | Sold | 1031 | K | | See Sect. VIII A. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Working Interest-Lewis Est. #1-DeSoto Parish, LA | C | Royalty | | | Sold | 1031 | K | | See Sect. VIII A. |
| 104. Working Interest-Pure Whitney #1-DeSoto Parish, LA | B | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 105. Working Interest-Blackwell #1-DeSoto Parish, LA | D | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 106. Working Interest-Cameron #2 Alt, Sabine Parish, LA | D | Royalty | | | Sold | 1031 | K | | See Sect. VIII A. |
| 107. Working Interest-Cameron #3, Sabine Parish, LA | B | Royalty | | | Sold | 1031 | J | | See Sect. VIII A. |
| 108. Working Interest-Pure Resources 10-1-DeSoto Parish, LA | D | Royalty | | | Sold | 1031 | K | | See Sect. VIII A. |
| 109. Working Interest-Pure Resources 10-2-DeSoto Parish, LA | D | Royalty | | | Sold | 1031 | K | | See Sect. VIII A. |
| 110. Working Interest-Pure Resources 10-3-DeSoto Parish, LA | B | Royalty | | | Sold | 1031 | K | | See Sect. VIII A. |
| 111. Working Interest-Kenpau 17-1-DeSoto Parish, LA | E | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 112. Working Interest-Kenpau 17-2-DeSoto Parish, LA | E | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 113. Working Interest-Killian 18-1-DeSoto Parish, LA | E | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 114. Working Interest-Cook #1-DeSoto Parish, LA | D | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 115. Working Interest-Miller 7-1-DeSoto Parish, LA | D | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 116. Working Interest-Killian 18-4-DeSoto Parish, LA | E | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 117. Working Interest-Killian 18-5-DeSoto Parish, LA | E | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 118. Working Interest-Killian 18-6-DeSoto Parish, LA | E | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 119. Working Interest-Smith 13-1-DeSoto Parish, LA | D | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Working Interest-Killian 18-2-DeSoto Parish, LA | E | Royalty | | | Sold | 1031 | M | | See Sect. VIII A. |
| 121. Working Interest-Killian 18-3-DeSoto Parish, LA | E | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 122. Working Interest-Killian 18-7-DeSoto Parish, LA | E | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 123. Working Interest-Brazell 18-3-DeSoto Parish, LA | E | Royalty | | | Sold | 1031 | M | | See Sect. VIII A. |
| 124. Working Interest-Brazell 18-5-DeSoto Parish, LA | E | Royalty | | | Sold | 1031 | M | | See Sect. VIII A. |
| 125. Working Interest-Brazell 18-6-DeSoto Parish, LA | D | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 126. Working Interest-Vicklund G 32-2, Boulder County, CO | E | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 127. Working Interest-Vicki #1, Adams County, CO | C | Royalty | | | Sold | 1031 | L | | See Sect. VIII A. |
| 128. Port New Orleans LA Bond-CMR FAC OID AMBAC | B | Interest | L | T | | | | | See Sect. VIII B. |
| 129. Louisiana PUB FACS Auth RV Bond-BR W TR AMT | A | Interest | K | T | | | | | See Sect. VIII B. |
| 130. Jefferson Parish LA HME Mtg AFMRV Bond-SER A | C | Interest | L | T | | | | | See Sect. VIII B. |
| 131. Galveston Tex Indpt School Dist Bond-PSF GTD OIK | B | Interest | K | T | | | | | See Sect. VIII B. |
| 132. University Tex Perm Univ Bond | B | Interest | M | T | | | | | See Sect. VIII B. |
| 133. Texas Womans Univ Rev Fing Sys Bond-REV OID FSA | B | Interest | K | T | | | | | See Sect. VIII B. |
| 134. Lower Colorado River Auth Bond-REV RF OID AMBAC | B | Interest | K | T | | | | | See Sect. VIII B. |
| 135. Monroe West Monroe LA PubTFA Ser. A Bond | B | Interest | J | T | Redeemed (part) | 801 | J | | See Sect. VIII B. |
| 136. Ernest N. Morial-New Orleans LA Exh SR Sub Bond | C | Interest | L | T | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C = $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Texas St Univ Sys Fing Rev Rf FSA | A | Interest | L | `T | Buy | 1027 | L | | See Sect. VIII B. |
| 138. Houston TX Indpt Sch Dist FSA Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 139. Tarrant Co Tex Hfd Crp Hsp Rev Baylor Rf Oid | A | Interest | K | T | Buy | 1027 | K | | See Sect. VIII B. |
| 140. Frisco Tex CTFS Oblig LT Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 141. Canadian Riv Mun Wtr At Tex Rev Conjunctive Ambac | A | Interest | K | T | Buy | 1027 | K | | See Sect, VIII B. |
| 142. Louisiana ST Transn Auth Toll Rev Bond-SR A | B | Interest | K | T | | | | | See Sect. VIII B. |
| 143. Lower Colorado River AT TEX Trns Contr LCRA OID Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 144. North Tex Mwd Water Trans FCS RV Bond-TERRELL | B | Interest | K | T | | | | | See Sect. VIII B. |
| 145. Denton Texas Utility Sys Rev Ser A Bond | B | Interest | | | Redeemed | 1201 | K | | See Sect. VIII B. |
| 146. Colorado Water Res-Pwr Dev Ser D OID FS A Bond | B | Interest | K | T | | | | -- | See Sect. VIII B. |
| 147. Colorado Edl-Cultrl FCS Ser B OID FGIC Bond | A | Interest | K | T | | | | | See Sect. VIII B. |
| 148. East Baton Rouge, La Sew Commn Rv A Rf OID FGIC | B | Interest | K | T | | | | | See Sect. VIII B. |
| 149. Katy Tex Indpt Sch Dist Ser A Psf Gtd OID | B | Interest | K | T | | | | | See Sect, VIII B, |
| 150. San Antonio TX Mun Drain Utl Sys Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 151. Louisiana Unv-Agric Clg Brd Rv Aux OID Fsa | B | Interest | K | T | | | | | Sec Sect. VIII B. |
| 152. New Orleans LA Drain Sys Lt Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 153. Austin TX Utility Sys Rev Comb Bond | A | Interest | J | T | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Arlington TX Indpt Sch Dist Bond | B | Interest | | | Redeemed | 215 | K | | See Sect. VIII B. |
| 155. Fulton Country Georgia Auth Spl Facs Rev | | None | J | T | | | | | See Sect. VIII B. |
| 156. Livingston Parish LA WWK RV Bond-OID AMBAC EBD | C | Interest | K | T | | | | | See Sect. VIII B. |
| 157. Houston TX Cmt Clg Sys PFC RV PUB C Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 158. Jefferson Parish LA Hsp Svc Bond-NO 1 W EST A OID FSA | B | Interest | K | T | | | | | See Sect. VIII B. |
| 159. Colorado ST CTFS Partn UCDHSC Ser B OIL MBIA Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 160. La SED Tax Rev B-RF OID FGIC PRFOP | B | Interest | L | T | | | | | See Sect. VIII B. |
| 161. Cleburne TX Waterworks Bond-OID FSA | C | Interest | K | T | | | | | See Sect. VIII B. |
| 162. Houston TX Indpt Sch Dist Bond-LT A RF OID | B | Interest | L | T | | | | | See Sect. VIII B. |
| 163. North East Indpt Sch Dst Bond OID Prf09 | B | Interest | L | T | | | | | See Sect. VIII B. |
| 164. Louisiana St Ser A FGIC Bond Mbia Re Ser A | B | Interest | K | T | | | | | See Sect. VIII B. |
| 165. Ascension Parish LA Bond Dt Oid Mbia Eb d | C | Interest | L | T | | | | | See Sect. VIII B. |
| 166. Dallas TX Waterworks Bond Rf Oid Fsa | C | Interest | M | T | | | | | See Sect. VIII B. |
| 167. Fort Lewis Clg Brd Trustee Ent B-1 OID Fgi c | B | Interest | K | T | | | | | See Sect. VIII B. |
| 168. Waco Texas CTFS OBLIG OID Lt Syngi | B | Interest | K | T | | | | | See Sect. VIII B. |
| 169. Louisana St Ser A OID FGIC PRF10 Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 170. Orleans Parish LA Bond-SD OID FGIC-5% | B | Interest | M | T | | | | | See Sect. VIII B. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Dallas TX Area Rapid Bond-OID AMBAC | B | Interest | L | T | | | | | See Sect. VIII B. |
| 172. Dallas Tx Wtrwks & Swr Sys Rev Rf OID Ambac | B | Interest | K | T | | | | | See Sect. VIII B. |
| 173. Orleans Parish LA Bond-4.8% Oid Fgic | B | Interest | K | T | | | | | See Sect. VIII B. |
| 174. San Antonio TX Elec Gas Bond Rf Oid Etm | B | Interest | K | T | | | | | See Sect. VIII B. |
| 175. Plano Tex Lt Oid 4.25% | A | Interest | K | T | Buy | 129 | K | | See Sect. VIII B. |
| 176. Bexar TX Met Water Dept Bond Rv Oid Ambac | B | Interest | L | T | | | | | See Sect. VIII B. |
| 177. Quachita Parish LA East Bond Sd Oid Fgic | C | Interest | M | T | | | | | See Sect. VIII B. |
| 178. Texas St Transn Ser A OID Fgic | B | Interest | K | T | | | | | See Sect. VIII B. |
| 179. San Antonio TX River Auth Bond Rf Oid M bia | A | Interest | J | T | | | | | See Sect. VIII B. |
| 180. Austin TX Cmnty College Dist Bond(misl abled River Auth) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 181. Louisiana St Office FACS Bond Corp Lse Rev | B | Interest | K | T | | | | | See Sect. VIII B. |
| 182. Monroe LA School Brd Bond Oid Ambac | B | Interest | L | T | | | | | See Sect. VIII B. |
| 183. Austin TX Elec Util Sys Bond Rf Oid Fsa | C | Interest | L | T | | | | | See Sect. VIII B. |
| 184. Louisiana LCL Govt Env Bond Rv Cap A mbac | C | Interest | L | T | | | | | See Sect. VIII B. |
| 185. Louisiana Stad-Expo Dist Bond Rev Brf F gic | B | Interest | K | T | | | | | See Sect. VIII B. |
| 186. Plano TX Bond(RFDG & IMPROV) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 187. Mc Kinney Tex Indpt Sch Bond Psf Gtd Oid | B | Interest | L | T | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. New Orleans LA Bond Oid Fgic | B | Interest | L | T | | | | | See Sect. VIII B. |
| 189. Commerce City Colo CTFS Parrtn Ambac Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 190. Orleans Parish LA Sch Bond-Ser 95 Oid F gic | C | Interest | L | T | | | | | See Sect. VIII B. |
| 191. Pearland Tex CTFS Oblig Bond Lt Oid Amb ac | B | Interest | L | T | | | | | See Sect. VIII B. |
| 192. Judson TX Indpt Sch Dist Bond Prfl2 | B | Interest | L | T | | | | | See Sect. VIII B. |
| 193. East Baton Rouge Parish LA Bond Pub St-A Oid | C | Interest | L | T | | | | | See Sect. VIII B. |
| 194. Saint Charles Parish LA Bond Fgic | B | Interest | L | T | | | | | See Sect. VIII B. |
| 195. Austin TX Elec Util Sys Bond Rf Fsa Prfl0 | B | Interest | L | T | | | | | See Sect. VIII B. |
| 196. Lafayette LA Pub Impt Bond Sls Tax B Oid | C | Interest | L | T | | | | | See Sect. VIII B. |
| 197. Plano Tex Indpt Sch Dist Ser A Oid-5% | A | Interest | L | T | Buy | 1219 | P4 | | See Sect. VIII B. |
| 198. Spring TX Indpt Sch Bond Psf Gtd Oid | C | Interest | L | T | | | | | See Sect. VIII B. |
| 199. Houston Tex Area Wtr Crp Bond Ne Oid Fg ic | C | Interest | L | T | | | | | See Sect. VIII B. |
| 200. Natchitoches Parish LA Bond Cons Sd #7 | B | Interest | K | T | | | | | See Sect. VIII B. |
| 201. Harris Co-Houston TX Bond-At Rev Sr A R f | C | Interest | L | T | | | | | See Sect. VIII B. |
| 202. Dallas TX Civic Center Bond-4.875% | B | Interest | L | T | | | | | See Sect. VIII B. |
| 203. Dallas TX Civic Center Bond-5% | B | Interest | L | T | | | | | See Sect. VIII B. |
| 204. Jefferson LA Sales Tax Bond | B | Interest | | | Redeemed | 1201 | L | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Jefferson LA Sales Tax Bond | B | Interest | | | Redeemed | 1201 | L | | See Sect. VIII B. |
| 206. Monroe LA Sales & Use Bond-Rev Fgic Mbia A Oid | B | Interest | L | T | | | | | See Sect. VIII B. |
| 207. Harris Co-Houston Tex Sports At Rev A O ID Mbia | B | Interest | L | T | | | | | See Sect. VIII B. |
| 208. Lafayette LA Pub Tr Bond-Fing Auth Rev Slcc | B | Interest | L | T | | | | | See Sect. VIII B. |
| 209. Denton Co Tex Fresh Wtr Dt#006 Rf OID Fgic | B | Interest | K | T | | | | | See Sect. VIII B. |
| 210. New Orleans LA Pub Impt Bond-Oid Fsa Prf09 | C | Interest | L | T | | | | | See Sect. VIII B. |
| 211. Northwest Tex Indpt Sch Bond Rf oid Prf13 | B | Interest | L | T | | | | | See Sect. VIII B. |
| 212. Monroe LA Sales & Use Bond-Rev Fgic-Mbia Oid | B | Interest | K | T | | - | | | See Sect. VIII B. |
| 213. Jefferson Parish LA Bond-Wk Pub Impt Rev Oid Mbia | C | Interest | L | T | | | | | See Sect. VIII B. |
| 214. New Orleans LA Pub Impt Bond-Lt Mbia 5% | B | Interest | L | T | | | | | See Sect. VIII B. |
| 215. Lafayette LA Pub Imp Bond-Saless Tax Pub Oid | B | Interest | L | T | | | | | See Sect. VIII B. |
| 216. Alexandria LA Utilities Ref RFDG & Const OID | B | Interest | K | T | | | | | See Sect. VIII B. |
| 217. Allied Irsh Bks Spnd Adr | | None | J | T | Buy | 0418 | K | | See Sect. VIII B. |
| 218. Amgen, Inc.-Common Stock | | None | K | T | | | | | See Sect. VIII B. |
| 219. Regions Fin Corp(FormerlyAmSouth Bancorp)-Common Stock | B | Dividend | J | T | | | | | See Sect. VIII B. |
| 220. BHP Billiton, Ltd. -Common Stock | A | Dividend | L | T | | | | | See Sect. VIII B. & C. |
| 221. Chevron Corp.-Common Stock | B | Dividend | K | T | | | | | See Sect. VIII B. |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Centerpoint Energy Inc | A | Dividend | J | T | Buy | 523 | K | | See Sect. VIII B. |
| 223. Citigroup, Inc.-Common Stock | A | Dividend | | | Sold | 521 | J | | See Sect. VIII B. |
| 224. Citigroup, Inc.-Common Stock | A | Dividend | | | Sold | 521 | J | | See Sect. VIII B. |
| 225. Citigroup, Inc.-Common Stock | A | Dividend | | | Sold | 521 | J | | See Sect. VIII B. |
| 226. ConocoPhillips-Common Stock | C | Dividend | M | T | | | | | See Sect. VIII B. |
| 227. Caterpillar Inc Del-Common Stock | A | Dividend | J | T | Buy | 825 | K | | See Sect. VIII B. |
| 228. Chesapeake Energy Okla-Common Stock | A | Dividend | K | T | Buy | 328 | K | | See Sect. VIII B. |
| 229. Chipotle Mexican Grill-Common Stock – | | None | K | T | | | | | See Sect. VIII B. |
| 230. Costco Wholesale Corp-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. & C. |
| 231. Cisco Systems Inc. -Common Stock | | None | K | T | Sold (part) | 0521 | J | | See Sect. VIII B. & C. |
| 232. Coca Cola -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. & C. |
| 233. Conagra Foods, Inc.-Common Stock | A | Dividend | | | Sold | 724 | J | | See Sect. VIII B. |
| 234. Conagra Foods, Inc. -Common Stock | A | Dividend | | | Sold | 724 | J | | See Sect. VIII B. |
| 235. CSX Corp.-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. & C. |
| 236. Dynegy, Inc. New III -Common Stock | | None | J | T | | | | | See Sect. VIII B. |
| 237. Duke Energy Corp. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII B. & C. |
| 238. E M C Corporation -Common Stock | | None | K | T | | | | | See Sect. VIII B. & C. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Exxon Mobil Corp. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII B. |
| 240.  El Paso Corporation- -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. & C. |
| 241.  Encana | A | Dividend | K | T | Buy | 514 | K | | See Sect. VIII B. |
| 242. | | | | | Buy (add'l) | 1016 | J | | See Sect. VIII B. |
| 243.  Emerson Electric Co. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII B. |
| 244.  Ferrellgas Partners ULP-Common Stock | B | Dividend | J | T | | | | | See Sect. VIII B. |
| 245.  Freeprt-Mcmran Cpr & Gld-Common Stock | | None | J | T | Buy | 1107 | J | | See Sect. VIII B. |
| 246.  Goodrich Petroluem New-Common Stock | | None | J | T | Buy | 605 | J | | See Sect. VIII B. |
| 247.  TransOcean Inc -Common Stock | | None | K | T | | | | | See Sect. VIII B. & C. |
| 248.  Genentech Inc.-Common Stock | | None | K | T | Buy (add'l) | 304 | K | | See Sect. VIII B. |
| 249.  General Electric -Common Stock | C | Dividend | K | T | | | | | See Sect. VIII B. |
| 250.  Google Inc Cl A-Common Stock | | None | K | T | | | | | See Sect. VIII B. |
| 251.  Health Care Select SPDR-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 252.  Helix Energy Solutions-Common Stock | | None | J | T | | | | | See Sect. VIII B. |
| 253.  Honeywell Intl, Inc.-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 254.  Ishares MSCI Japan -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 255.  JPMorgan Chase & Co. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. & C. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Johnson and Johnson - Common Stock | D | Dividend | M | T | | | | | See Sect. VIII B. |
| 257. Manitowoc Co., Inc. Wis.-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 258. Microsoft Corp. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. & C. |
| 259. Motorola, Inc. -Common Stock | A | Dividend | | | Sold | 0521 | J | | See Sect. VIII B. |
| 260. Noble Corporation -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 261. Oracle Corp. $0.01 -Common Stock | | None | L | T | | | | | See Sect. VIII B. |
| 262. Peabody Energy Corp.-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. & C. |
| 263. Patriot Coal Corp-Common Stock | | None | J | T | | | | | See Sect. VIII B. |
| 264. Plum Creek Timber Co. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII B. |
| 265. Petrohawk Energy Corp-Common Stock | | None | K | T | Buy | 514 | K | | See Sect. VIII B. |
| 266. Procter & Gamble Co-Common Stock | A | Dividend | K | T | Buy | 304 | K | | See Sect. VIII B. |
| 267. Royal Dutch Pet NY -Common Stock | B | Dividend | L | T | | | | | See Sect. VIII B. |
| 268. Schlumberger LTD -Common Stock | A | Dividend | L | T | | | | | See Sect. VIII B. |
| 269. Spectra Energy Corp-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 270. Suncor Energy, Inc. NPV-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 271. Texas Instruments -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 272. Coviden Ltd-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Tyco Intl Ltd, Bermuda-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 274. Tyco Electronics Ltd-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 275. Transocean, Inc. -Common Stock | | None | L | T | | | | | See Sect. VIII B. |
| 276. Target Corp. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. & C. |
| 277. 3M Company -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 278. Toyota Motor Corp Adr. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 279. Under Armour, Inc.-Common Stock | | None | J | T | | | | | See Sect. VIII B. |
| 280. Wal-Mart De Mexico SA DE- Common Stock | | None | M | T | | | | | See Sect. VIII B. & C. |
| 281. Blackrock Munivest Fund | B | Interest | K | T | | | | | See Sect. VIII B. |
| 282. Blackrock Munivest Fund | B | Interest | K | T | | | | | See Sect. VIII B. |
| 283. NUVEEN InvMT Qual Mun FD Inc. | C | Interest | L | T | | | | | See Sect. VIII B. |
| 284. NUVEEN Ins M Oppty FD Inc. | C | Interest | L | T | | | | | See Sect. VIII B. |
| 285. Blackrock Muniyield Fund | D | Interest | M | T | | | | | See Sect. VIII B. |
| 286. Blackrock Muniyield Ins | D | Interest | M | T | | | | | See Sect. VIII B. |
| 287. Blackrock Muniyield Qual | C | Interest | L | T | | | | | See Sect. VIII B. |
| 288. Blackrock Inv Qual Muni | D | Interest | L | T | | | | | See Sect. VIII B. |
| 289. Blackrock Muni Assets Fnd | A | Interest | J | T | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Blackrock MuniAssets Fund Inc.Com | D | Interest | M | T | | | | | See Sect. VIII B. |
| 291. Municipal Invest Trust #3 | B | Interest | K | T | | | | | See Sect. VIII B. |
| 292. Municipal Invest Trust #4 | B | Interest | K | T | | | | | See Sect. VIII B. |
| 293. Municipal Invest Trust #5 | C | Interest | L | T | | | | | See Sect. VIII B. |
| 294. BlackrockGlobal SmallcapFD A | | None | N | T | | | | | See Sect. VIII B. |
| 295. BlackrockGlobal SmallcapFD B | | None | M | T | | | | | See Sect. VIII B. |
| 296. Blackrock Global Growth Fd | | None | K | T | | | | | See Sect. VIII B. |
| 297. Blackrock Developing Cap Mkts | B | Interest | L | T | | | | | See Sect. VIII B. |
| 298. Nuveen Louisiana Muni Bond | E | Interest | O | T | | | | | See Sect. VIII B. |
| 299. Seligman Louisiana Muni Fd Cl A | E | Interest | O | T | | | | | See Sect. VIII B. |
| 300. Blackrock Mun Insured Fd (Form. ML Muni BD Insured Pt I) | D | Interest | N | T | | | | | See Sect. VIII B. |
| 301. WCMA Tax Exempt Fund | E | Interest | P1 | T | | | | | See Sect. VIII B. |
| 302. Working Interest-Sparrow 6-14, Choctaw County, AL | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 303. Working Interest-Bolinger Robinson 25-9, Choctaw County, AL | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 304. Working Interest-Roberts 26-6, Choctaw County, AL | A | Royalty | J | W | | | | | See Sect .VIII B. |
| 305. Working Interest-Wesson Hogg Sand Unit, Ouachita County, AR | E | Royalty | K | W | | | | | See Sect. VIII B. |
| 306. Working Interest-Int'l Paper Co. #1, Miller County, AR | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Working Interest-Int'l Paper Co. #2, Miller County, AR | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 308. Working Interest-Walker Creek, Lafayette County, AR | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 309. Working Interest-E. O. Brooks #2, Lincoln Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 310. Working Interest-Macdonell #1, Vermilion Parish, LA(Y) | | | | | | | | | See Sect. VIII B. & D. |
| 311. Working Interest-S. L.▮ #1, Vermilion Parish, LA | E | Royalty | K | W | | | | | See Sect. VIII B. |
| 312. Working Interest-S. L.▮ #2, Vermilion Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 313. Working Interest-Evans Estate #1, Vermilion Parish, LA | | None | J | W | | | | | See Sect. VIII B. |
| 314. Working Interest-S. L.▮ #3, Vermilion Parish, LA | A | Royalty | J | | | | | | See Sect. VIII B. |
| 315. Working Interest-S. L.▮ #4, Vermilion Parish, LA (Y) | | | | | | | | | See Sect. VIII B. |
| 316. Working Interest-Dwyer Price #2, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 317. Working Interest-Glenn #1, Vermilion Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 318. Working Interest-S. L.▮ #2, Vermilion Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 319. Working Interest-Glenn #2, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 320. Working Interest-Price #3, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 321. Working Interest-S. L.▮ #1, Vermilion Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 322. Working Interest-Fritz Lang #1, Vermilion Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 323. Working Interest-Price Heirs #1, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Working Interest-S.L. ▉ #7, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 325. Working Interest-Glenn #3, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 326. Working Interest-Glenn #4, Vermilion Parish, LA(Y) | | | | | | | | | See Sect. VIII B. & D. |
| 327. Working Interest-Fritz Lang #2, Vermilion Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 328. Working Interest-Dwyer Price #1, Vermilion Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 329. Working Interest-S. L. ▉#1, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 330. Working Interest-Glenn #5, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 331. Working Interest-Fisher #1, Vermilion Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 332. Working Interest-Trahan, Vermilion Parish, LA | | None | J | W | | | | | See Sect. VIII B. |
| 333. Working Interest-Seagraves, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 334. Working Interest-Dixie Rice #2, Vermilion Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 335. Working Interest-Vincent #1, Vermilion Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 336. Working Interest-Price Heirs 1-Alt, Vermilion Parish, LA | E | Royalty | L | W | | | | | See Sect. VIII B. |
| 337. Working Interest-S. L. ▉ #6, Vermilion Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 338. Working Interest-Price Heirs #2, Vermilion Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 339. Working Interest-S. L. ▉ #5, Vermilion Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 340. Working Interest-Wesla Gath. Sys., Vermilion Parish, LA | | None | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Working Interest-Price Common Point, Vermilion Parish, LA | | None | J | W | | | | | See Sect. VIII B. |
| 342. Working Interest-Laurents #1, Vermilion Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 343. Working Interest-Christian #1, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 344. Working Interest-Continental Can #1, Bienville Par., LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 345. Working Interest-Carrie Rogers, Bienville Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 346. Working Interest-Boyd 34-10, Walthall County, MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 347. Working Interest-Amoco Sabine 26-16, Jefferson Davis, MS | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 348. Working Interest-Belcher, Gregg County, TX | F | Royalty | M | W | | | | | See Sect. VIII B. |
| 349. Working Interest-W. Tyler Sand Unit, Smith County, TX | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 350. Working Interest-Bellwood Lake Unit, Smith County, TX | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 351. Working Interest-Ann McKnight WFU, Smith Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 352. Working Interest-B. M. Smith #1, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 353. Working Interest-O. Stockton 1-R, Cherokee County, TX | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 354. Working Interest-S. L. Stockton #1, Cherokee County, TX | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 355. Working Interest-Prestriedge #1, Cherokee County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 356. Working Interest-S. L. Stockton #2, Cherokee County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 357. Working Interest-S. M. Braly #1, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Working Interest-Womack Herring #1, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 359. Working Interest-Barron Gas Unit #1, Cherokee County, TX | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 360. Working Interest-S. M. Braly #2, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 361. Working Interest-Womack Herring #2, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 362. Working Interest-Stark Smith #1, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 363. Working Interest-C. A. Clayton, Cherokee County, TX | A | Royalty | | | Sold | 0901 | J | | See Sect. VIII B. |
| 364. Working Interest-Stark Smith #A-1, Cherokee County, TX | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 365. Working Interest-Toledo Bend, Cherokee County, TX | | None | J | W | | | | | See Sect. VIII B. |
| 366. Working Interest-L. E. Warner, Houston County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 367. Royalty Interest-C. O. Oswell 11-12, Baldwin County, AL (Y) | | | | | | | | | See Sect. VIII B.& D. |
| 368. Royalty Interest-C. O. Oswell 14-4, Baldwin County, AL (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 369. Royalty Interest-C. O. Oswell 15-1, Baldwin County, AL (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 370. Royalty Interest-Eliz. Oswell 10-14, Baldwin Co., AL (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 371. Royalty Interest-Elizabeth Oswell 14-3, Baldwin Co., AL (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 372. Royalty Interest-Elizabeth Oswell 15-7, Baldwin Co., AL | A | Royalty | J | | | | | | See Sect. VIII B. |
| 373. Royalty Interest-Heirs of Frank Johnson, Columbia Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 374. Royalty Interest-Sarah T. Crone, Columbia Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Royalty Interest-Nations, Columbia Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 376. Royalty Interest-Keith C-1, Columbia Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 377. Royalty Interest-Mattie Peterson, Columbia Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 378. Royalty Interest-Opal Monts, Columbia Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 379. Royalty Interest-J. Paxton B2, Columbia Co ., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 380. Royalty Interest- J. Paxton 5, Columbia Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 381. Royalty Interest-Kuhn #5, Miller Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 382. Royalty Interest-Martindale #5, Miller Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 383. Royalty Interest- L. E. Fincher, Columbia Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 384. Royalty Interest-Wesson Hogg Sand Unit, Ouachita Co., AR | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 385. Royalty Interest-Umphries, Lafayette County, AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 386. Royalty Interest-J. B. Booth Columbia Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 387. Royalty Interest-Mary Siefker, Lafayette Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 388. Royalty Interest-J. G. Alexander, Columbia Co., AR (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 389. Royalty Interest-Albemarle Corp., Columbia Co., AR | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 390. Royalty Interest-Bessie Overholt, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 391. Royalty Interest-Sanders E., Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Royalty Interest-Thomas 4 Hoss, Caddo Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. & E. |
| 393. Royalty Interest-Thomas 2 CV, Caddo Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. & E. |
| 394. Royalty Interest-Thomas 1 Hosston, Caddo Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. & E. |
| 395. Royalty Interest-Thomas 2D Alt Hoss, Caddo Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. & E. |
| 396. Royalty Interest-Thomas 3 CV, Caddo Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. & E. |
| 397. Royalty Interest-Thomas 3, Hosston, Caddo Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. & E. |
| 398. Royalty Interest-Davis 1, Bienville Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 399. Royalty Interest-Davis Bros Lbr C, Bienville Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 400. Royalty Interest-Davis Bros Lbr J, Bienville Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 401. Royalty Interest-Williams Est. 1-D, Bienville Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 402. Royalty Interest-Broussard #1, Jefferson Davis Pa., LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 403. Royalty Interest-Byler #1, Jefferson Davis Pa., LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 404. Royalty Interest-Wade B, Lincoln Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 405. Royalty Interest-Wade C-1, Lincoln Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 406. Royalty Interest-Tooke EtAl 1-12, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 407. Royalty Interest-Adeline Sugar Fac, St. Mary Par., LA | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 408. Royalty Interest-Coyle Wells, Webster Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Royalty Interest-Warren Cox A, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 410. Royalty Interest-Crutsinger Bank, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 411. Royalty Interest-Buck Sidney D, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 412. Royalty Interest-Cox Unit 80, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 413. Royalty Interest-Union Exploration, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 414. Royalty Interest-Louis M Coz, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 415. Royalty Interest-Giles Dupuy 1 & 2, St. Mary Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 416. Royalty Interest-Sanders D2, Webster Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 417. Royalty Interest-McKinney #1, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 418. Royalty Interest-Sanders D, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 419. Royalty Interest-R. R. Barrow #1, Lafourche Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 420. Royalty Interest-Nag Unit, St. Charles Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 421. Royalty Interest-PZ RA SUH; MRP #2, St. Charles Pa., LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 422. Royatly Interest-PZ RA SUH;MRP #3D, St. Charles Pa., LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 423. Royatly Interest-SU SEQ A-B, St.Charles Pa., LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 424. Royalty Interest-SCPC Dobbins A-1, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 425. Royalty Interest-SCPC Dobbins A-2, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Royalty Interest-SCPC Kilpatrick #1 Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 427. Royalty Interest-SCPC Hodges #A1, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 428. Royalty Interest-SCPC Rufus Sims, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 429. Royalty Interest-CV RA SUI SIMS 1, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 430. Royalty Interest-SCPC Baird #1, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 431. Royalty Interest-SCPC Deas #1, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 432. Royalty Interest-SCPC Kilpatrick #2 Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 433. Royalty Interest-SCPC Dobbins A-3, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 434. Royalty Interest-Roy #1, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 435. Royalty Interest-Trinity Royalty, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 436. Royalty Interest-Stevenson-Kilpatrick, Claiborne Pa, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 437. Royalty Interest-Cobra Robinson #1, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 438. Royalty Interest-SCPC Brown A-1, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 439. Royalty Interest-SCPC Brown A-2, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 440. Royalty Interest-SCPC Brownfield #1,Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 441. Royalty Interest-Cobra Robinson #2, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 442. Royalty Interest-Williamette C1, Lincoln Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Royalty Interest-Baird #1, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 444. Royalty Interest-Sanders D., Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 445. Royalty Interest-B. Sidney Heirs, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 446. Royalty Interest-R M Coyle #2, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 447. Royalty Interest-R M Coyle #3, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 448. Royalty Interest-R M Coyle #4, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 449. Royalty Interest-R M Coyle #5, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 450. Royalty Interest-R M Coyle #6, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 451. Royalty Interest-Gardner #1, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 452. Royalty Interest-L C Cox #1, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 453. Royalty Interest-L C Cox #2, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 454. Royalty Interest-CVOC D Sand Unit, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 455. Royalty Interest-CVOC Bodcaw SD TR, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 456. Royalty Interest-CVOC Gray Et Al, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 457. Royalty Interest-CVOC Justiss Unit, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 458. Royalty Interest-CVOC Davis Unit, Webster Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 459. Royalty Interest-R. C. Thompson, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Royalty Interest-Haynesville, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 461. Royalty Interst-Hall 20 #1, DeSoto Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 462. Royalty Interest-Sheppard 20-1 Alt, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 463. Royalty Interest-D H Rains, Caddo Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 464. Royalty Interest-MFG Record Co, St. Charles Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 465. Royalty Interest-Sheppard 20-2 Alt, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 466. Royalty Interest-Continental Can #3, Bienvill Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 467. Royalty Interest-Dot Hoover, Richland Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 468. Royalty Interest-J D Owens, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 469. Royalty Interest-Sunset Realty, St. Charles Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 470. Royalty Interest-Sunset Realty, St. Charles Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 471. Royalty Interest-Byrd, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 472. Royalty Interest-Slay 1-D, Claiborne Parish, LA (Y) | | | | | | | | | See Sect. VIII B. &.D |
| 473. Royalty Interest-Lemon Heirs 20-1, Bossier Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 474. Royalty Interest-Jeter 24-1, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 475. Royalty Interest-Jeter 24-2, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 476. Royalty Interest-Kerr 24-1, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Royalty Interest-Kerr 24-2, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 478. Royalty Interest-Kerr 24-3, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 479. Royalty Interest-Jeter #1-D, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 480. Royalty Interest-Jeter A-1, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 481. Royalty Interest-Jeter A-2, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 482. Royalty Interest-Moffitt #1, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 483. Royalty Interest-Section 24 #1, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 484. Royalty Interest-Webb #A-2 Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 485. Royalty Interest-Johnson 24 #1, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 486. Royalty Interest-Lawrence 24 #1, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 487. Royalty Interest-Jamerson 24 #1, Bossier Parish, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 488. Royalty Interest-Haynesville Merc #1-19, Claiborne, LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 489. Royalty Interest-Overholt 1-10 Alt, Claiborne Par., LA (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 490. Royalty Interest-Rae-Green #1-#16, Ouachita Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 491. Royalty Interest-Commencement Place, Adams County , MS (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 492. Royalty Interest-Glen Aubin, Adams County, MS (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 493. Royalty Interest-Independence, Adams County, MS (Y) | | | | | | | | | See Sect. VIII B. & D. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Royalty Interest-Russia, Adams County, MS (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 495. Royalty Interest-New Era, Adams County, MS (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 496. Royalty Interest-Overton, Adams County, MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 497. Royalty Interest-Overton Hills, Adams County, MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 498. Royalty Interest-Overton Hills, Adams County, MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 499. Royalty Interest-Slogo, Adams County, MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 500. Royalty Interest-M. C. Armstrong, Adams County, MS | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 501. Royalty Interest-Armstrong 5 & 7, Adams County, MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 502. Royalty Interst-New Era Plantation, Adams County, MS (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 503. Royalty Interest-Armstrong #4, Adams County, MS (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 504. Royalty Interest-V Johnson, Adams County, MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 505. Royalty Interest-O.L. Wilson, Adams County, MS (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 506. Royalty Interest-Leslie Hughes 1-29, Wilkinson Co., MS (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 507. Royalty Interest-Leslie Hughes #3, Wilkinson County, MS (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 508. Royalty Interest-H. Ambercrombie, Custer County, OK (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 509. Royalty Interest-Stephanie #1-26, Custer County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 510. Royalty Interest-Ruttman 1-24, Woodard County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Royalty Interest-R, Deutrich A, Austin County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 512. Royalty Interest-Leslie Hughes, Austin County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 513. Royalty Interest-E. Reese, Austin County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 514. Royalty Interest-R. B. Woodley, Austin County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 515. Royalty Interest-R. B. Woodley, Austin County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 516. Royalty Interest-Racoon Bend, Unit, Austin County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 517. Royalty Interest-J C Beal, Austin County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 518. Royalty Interest-A. T. McCasland, Austin County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 519. Royalty Interest-J. S. Hall, Cass County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 520. Royalty Interest-Gracie Bell, #1, Harrison County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 521. Royalty Interest-Lela Knight Trust 5, Kenty County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 522. Royalty Interest-Lela Knight Trust 20, Kent County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 523. Royalty Interest-Lela Knight Trust 6, Kent County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 524. Royalty Interest-Lela Knight #5, Kent County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 525. Royalty Interest-Bradley #1, Limestone Co., TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 526. Royalty Interest-Bradley #A-1, Limestone Co., TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 527. Royalty Interest-D. Keris #1, Limestone Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Royalty Interest-I White #1, Limestone Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 529. Royalty Interest-Wilson #1, Limestone Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 530. Royalty Interest-Jackson #2, Limestone County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 531. Royalty Interest-Jackson #3, Limestone County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 532. Royalty Interest-Jaskon #4, Limestone County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 533. Royalty Interest-Jackson #5, Limestone County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 534. Royalty Interest-C. F. Sears, Taylor County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 535. Royalty Interest-F. Sears Shelton, Taylor County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 536. Royalty Interest-A. P. Trice, Taylor County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 537. Royalty Interest-Frazier Gas Unit, Terry County, TX | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 538. Royalty Interest-Parker Gas Unit, Van Zandt Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 539. Royalty Interest-Barrow Gas Unit, Rusk County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 540. Royalty Interest-Barrow Estate #5, Rusk County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 541. Royalty Interest-Burks C. C., Rusk Co., TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. & E. |
| 542. Royalty Interest-Blount Gas Unit, Nacogdoches Co., TX | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 543. Royalty Interest-Gohmetr #1, Dewitt County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 544. Royalty Interest-Gohmert #2, Dewitt County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Royalty Interest-Sheppard #1, Dewitt County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 546. Royalty Interest-Sheppard #2, Dewitt County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 547. Royalty Interest-McHaney Loeb, Gregg Co., TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 548. Royalty Interest-Wyatt King, Cass County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 549. Royalty Interest-Wyatt King #2, Cass County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 550. Royalty Interest-McCofflin 12, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 551. Royalty Interest-McCofflin 14, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 552. Royalty Interest-McCofflin 15, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 553. Royalty Interest-McCofflin 16, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 554. Royalty Interest-McCofflin 17, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 555. Royalty Interest-McClofflin 3, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 556. Royalty Interest-McClofflin 5, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 557. Royalty Interest-McClofflin 6, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 558. Royalty Interest-McClofflin 7, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 559. Royalty Interest-McClofflin 8, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 560. Royalty Interest-McClofflin 9, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 561. Royalty Interest-McClofflin 21, Harrison County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Royalty Interest-Wilson #1, Guadalupe County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 563. Royalty Interest-A. E. Dowdy, Guadalupe County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 564. Royalty Interest-Anderson L, Guadalupe County, TX | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 565. Royalty Interest-Girvin, Pecos County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 566. Royalty Interest-W T Crude A, Caldwell County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 567. Royalty Interest-W T Crude C, Caldwell County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 568. Royalty Interest-W T Crude D, Caldwell County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 569. Royalty Interest-Dan J Denman, Caldwell County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 570. Royalty Interest-Dan J Denman B, Caldwell County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 571. Royalty Interest-A E Dowdy, Caldwell County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 572. Royalty Interest-A E Dowdy B Caldwell County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 573. Royalty Interest-A E Dowdy C Caldwell County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 574. Royalty Interest-Mrs. A E Dowdy A, Caldwell County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 575. Royalty Interest-H. M Covey, Cass County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 576. Royalty Interest-Edmondson, Harrison County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 577. Royalty Interest-Harbin Realty, Baylor County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 578. Royalty Interest-NE Edgewood UT, Baylor County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Royalty Interest-Oakland B, Cass County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 580. Royalty Interest-EA Blount GU, Nacogdoches Co., TX (Y) | | | | | | | | | See Sect. VIII. B & D. |
| 581. Royalty Interest-Hammond Estate #3, Harrison County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 582. Royalty Interest-Hammond Estate #4, Harrison County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 583. Royalty Interest-T P Smith Est C2D, Harrison County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 584. Royalty Interest-T P Smith Est C2F, Harrison County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 585. Royalty Interest-T P Smith Est C5, Harrison County, TX (Y) | | | | | | | | | See Sect. VIII B. & D. |
| 586. Mineral Interest-Ouachita County, AR | | None | J | W | | | | | See Sect. VIII B. |
| 587. Mineral Interest-Jefferson Davis Parish, LA | | None | J | W | | | | | See Sect. VIII B. |
| 588. Mineral Interest-Vermilion Parish, LA | | None | J | W | | | | | See Sect. VIII B. |
| 589. Mineral Interest-Adams County, MS | | None | J | W | | | | | See Sect. VIII B. |
| 590. Mineral Interest-Marion County, MS | | None | J | W | | | | | See Sect. VIII B. |
| 591. Mineral Interest-Rankin County, MS | | None | J | W | | | | | See Sect. VIII B. |
| 592. Mineral Interest-Cherokee County, TX | | None | J | W | | | | | See Sect. VIII B. |
| 593. Mineral Interest-Smith County, TX | | None | J | W | | | | | See Sect. VIII B. |
| 594. | | | | | | | | | |
| 595. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 05/05/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

A.   CAMELLIA TRADING COMPANY

Camellia Trading Company (CTC) is a ⬛ owned partnership. I sold my one-third interest ⬛⬛⬛ October 31, 2008.

B.   ST. VRAIN, LLC

Until May 19, 2003, I was separate in property from ⬛⬛⬛. Effective May 19, 2003, ⬛ donated to a legal regime of community property between us a substantial portion of her separate assets. On the same day, she and I further transferred that property to St. Vrain, LLC, a Louisiana limited liability company which we had established on May 14, 2003. Our transfer of the property to St. Vrain, LLC constituted a joint community property capital contribution by us in that company.

St. Vrain, LLC is now owned by ⬛⬛⬛ me. I am not a manager of the entity; I am not involved in its day-to-day operations; and I own a 30 % interest in it.

For all of the first 57 years of our married life, ⬛⬛ property was her separate and paraphernal property, and none of it fell into the community property regime under Louisiana law. Prior to the formation of St. Vrain, LLC, none of the property, now owned by that entity, was required to be listed in any disclosure filed by me because: 1) the property was ⬛⬛ separate and paraphernal property, and she alone had the financial interest and financial responsibility of it; 2) I did not derive or expect to derive a financial or economic benefit from the property and; 3) I had no knowledge concerning the property. Thus, pursuant to 5 U.S.C. Appendix 4, Sec. 102 (e)(1)(E), the property formerly owned solely by ⬛⬛ and now owned by St. Vrain, LLC, was not listed.

The listing of St. Vrain, LLC holdings begins on Page 11, Line 128 and lists bonds, common stocks, mutual funds, and mineral properties in that order. St. Vrain holds title to mineral property rights in 118 counties in 7 states, most of which are presently non-productive. These properties alone require some organizational structure and closer management than heretofore was possible. In accordance with the filing instructions, mineral properties with income levels less than $200 and valuation of less than $1000 are not listed.

C. Investments and Trusts.

In cases where there were mutiple lines for the same investment (ie: Chevron/Texaco Corp-Common Stock) reported on the 123107 report they have been combined and reported on one line for the 123108 report.

D. Investments and Trusts.

Asset's value and income are below reporting thresholds.

E. Investments and Trusts.

Asset's value and income that are above the reporting thesholds for 2008.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544